Name and address
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Beyond Systems, Inc.<br><br>                          Plaintiff(s)<br>v.<br>Connexus Corp., et al.<br><br>                         Defendant(s). | CASE NUMBER<br>CV08-01039 RGK PLA<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____ Ari N. Rothman _____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: ___Connexus Corp. and Hydra Media Group, Inc.___ by whom I have been retained.

My *out-of-state* business information is as follows:

Venable LLP
*Firm Name*
575 7th Street, N.W.
*Street Address*
Washington, D.C. 20004          anrothman@venable.com
*City, State, Zip*          *E-Mail Address*
(202) 344-4220          (202) 344-8300
*Telephone Number*          *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| State of Ohio (inactive status) | 11/18/2002 |
| District of Columbia | 4/7/2003 |
| United States District Court for the District of Columbia | 2/4/2008 |
| United States District Court for the Northern District of Illinois | 2/7/2003 |
| United States Court of Appeals for the 11th Circuit | 4/16/2004 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Jeffrey M. Tanzer _____ as local counsel, whose business information is as follows:

Venable LLP
*Firm Name*
2049 Century Park East, Suite 2100
*Street Address*
Los Angeles, CA 90067         jtanzer@venable.com
*City, State, Zip*              *E-Mail Address*
(310) 229-9900                  (310) 229-9901
*Telephone Number*              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated 3/5/08

Ari N. Rothman
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated March 11, 2008

Jeffrey M. Tanzer
*Designee's Name (please print)*

*Designee's Signature*

129437
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, California.

On March 11, 2008 I served the foregoing document(s) described as **ORDER ON ANDAPPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the interested parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

    ☒ **BY MAIL (CCP §1013(a)&(b))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

    ☐ **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d))**: I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

Executed on March 11, 2008, at Los Angeles, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

JESSE RODRIGUEZ

# SERVICE LIST

*Beyond Systems, Inc. v. Connexus Corp*, Case No. CV08-01039 RGK PLAx

Lawrence P. Riff  
Lynn R. Levitan  
STEPTOE & JOHNSON LLP  
633 W 5th St., Suite 700  
Los Angeles, CA  90071  
Telephone:  (213) 439-9400  
Facsimile:  (213) 439-9599  

Attorneys for Plaintiff

Thomas M. Barba  
John J. Duffy  
Anthony A. Onorato  
STEPTOE & JOHNSON LLP  
1330 Connecticut Ave., NW  
Washington, DC  20036  
Telephone:  (202) 429-3000  
Facsimile:  (202) 429-3902  
tbarba@steptoe.com  
jduffy@steptoe.com  
tonorato@steptoe.com  

VENABLE LLP  
2049 CENTURY PARK EAST, #2100  
LOS ANGELES, CALIFORNIA 90067  
(310) 229-9900

2