Lawrence P. Riff (SBN 104826)
lriff@steptoe.com
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
**STEPTOE & JOHNSON LLP**
633 W 5th Street, Suite 700
Los Angeles, CA 90071
Telephone : (213) 439-9400
Facsimile:   (213) 439-9599

Thomas M. Barba
John J. Duffy
Anthony A. Onorato
Jennie Kneedler
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone:   (202) 429-3000
Facsimile:   (202) 429-3902

Attorneys for Plaintiff
BEYOND SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND SYSTEMS, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONNEXUS CORP. (f/k/a VENDARE MEDIA and NETBLUE, INC.), a Delaware corporation; HYDRA MEDIA GROUP, INC., a California corporation; MAILCOMPANYX (d/b/a Internet Endeavors, Inc.), a Nevada corporation, including SEBASTIAN BARALE, in his individual capacity; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. CV08-01039 RGK PLAX<br><br>Complaint filed: February 14, 2008<br><br>*Assigned to Hon. R. Gary Klausner Courtroom 850*<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CHANGE THE CASE CAPTION TO REFLECT HYDRA LLC AS DEFENDANT** |

1

## BASIS FOR STIPULATION

Defendant Hydra Media Group, Inc., now known as Hydra LLC has informed Plaintiff Beyond Systems, Inc. that Hydra LLC should be the party identified in the case caption as a Defendant instead of Hydra Media Group, Inc. Therefore, the parties stipulate and agree that the case caption should be amended to reflect Hydra LLC as the named party defendant.

## GROUNDS FOR CHANGE OF CAPTION

Counsel for Defendant Hydra Media Group, Inc. informed counsel for Plaintiff that Hydra Media Group, Inc. is not a current business enterprise, and that Hydra LLC is the current entity carrying on the business enterprise formerly owned and operated by Hydra Media Group, Inc.

Counsel for Defendant Hydra Media Group, Inc. has also informed counsel for Plaintiff that it agrees the case caption should be amended to reflect Hydra LLC as the proper party and that for the remainder of the litigation Hydra LLC will be regarded as the proper party and that any responses, objections, statements or otherwise of Hydra Media Group, Inc. since the inception of the litigation shall be regarded as those of the Hydra LLC.

## RELIEF SOUGHT

Based on the statements of counsel for Defendant Hydra Media Group, Inc. and the agreement of the parties, the parties stipulate and agree that the case name should be amended as indicated in the Order included herewith.

| | | |
|---|---|---|
| 1 | Dated: July 10, 2008 | Respectfully submitted, |
| 2 | | STEPTOE & JOHNSON LLP |

/s/ Lynn R. Levitan
_____

Lawrence P. Riff
Lynn R. Levitan
STEPTOE & JOHNSON LLP
633 W 5th Street, Suite 700
Los Angeles, CA  90071
Telephone:  (213) 439-9400
Facsimile:  (213) 439-9599

Thomas M. Barba (admitted *pro hac vice*)
John J. Duffy (admitted *pro hac vice)*
Anthony A. Onorato (admitted *pro hac vice)*
Jennie Kneedler (admitted *pro hac vice)*
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902
*Attorneys for Plaintiff BEYOND SYSTEMS, INC.*


/s/ Ari N. Rothman
_____

J. Douglas Baldridge (admitted *pro hac vice)*
Lisa Jose Fales (admitted *pro hac vice)*
Ari N. Rothman (admitted *pro hac vice)*
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey M. Tanzer (Cal. Bar No. 129437)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
*Attorneys for Defendants Connexus Corp. and Hydra Media Group, Inc.*

STIPULATION BETWEEN PLAINTIFF AND DEFENDANT HYDRA MEDIA GROUP, INC. TO CHANGE CASE CAPTION